**LIVEFREE EMERGENCY RESPONSE, INC.**
JOSHUA K. CHANDLER, ISB #7756
3411 Hawthorne Road
Pocatello, Idaho 83201
Telephone (208) 238-3681
josh.chandler@lifebeacon.com

Steve A. Thomsen

Attorney for Plaintiff

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL
DISTRICT OF THE STATE OF IDAHO
IN AND FOR THE COUNTY OF BANNOCK

| | |
|---|---|
| LIVEFREE EMERGENCY RESPONSE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIANA MEY,<br><br>Defendant. | Case No. CV-17-2321 OC<br><br>**VERIFIED COMPLAINT FOR DECLARATORY RELIEF** |

COMES NOW Plaintiff, LiveFree Emergency Response, Inc. ("LiveFree"), by and through counsel, and for its claims of relief and causes of action against Defendants, complains and alleges as follows:

## PARTIES

1. LiveFree Emergency Response, Inc. is a Delaware corporation with its principal place of business in Idaho located at 3411 Hawthorne Road, Pocatello, ID 83201. All of the relevant events described herein took place (or did not take place but are alleged by Defendant to have taken place) in Bannock County, ID.

2. Defendant Diana Mey is a citizen of West Virginia who, upon information and belief, resides at 14 Applewood Drive, Wheeling, West Virginia 26003, who has wrongfully

VERIFIED COMPLAINT – Page 1

claimed on two different occasions that LiveFree called her in violation of the Telephone Consumer Protection Act ("TCPA") and the West Virginia Consumer and Credit Protection Act, and has demanded that LiveFree pay her monetary damages for these non-existent violations.

## JURISDICTION AND VENUE

3. LiveFree re-alleges and incorporates by reference as though fully set forth herein paragraphs 1 through 2 above.

4. This court has jurisdiction over this matter pursuant to Idaho Code § 10-1201, as Plaintiff seeks a declaration that it has no liability to Defendant under either federal or West Virginia law. This Court also has jurisdiction over Defendant pursuant to Idaho Code § 5-514(b) because Defendant knowingly and willfully directed the false demands detailed in this complaint toward Plaintiff, all the while knowing that Plaintiff is and was domiciled in Idaho. Plaintiff's claims arise directly out of Defendant's baseless demands made against Plaintiff in Idaho, and the exercise of jurisdiction of this Court is thus reasonable. Further, had the events alleged by Defendant actually occurred (which they did not, as set forth herein) they would have occurred exclusively in Idaho.

5. Venue is proper in this Court inasmuch as Plaintiff's principal place of business is in Bannock County, Idaho and Defendant has availed itself of the jurisdiction of this Court.

## ALLEGATIONS

6. This is a claim for declaratory judgment. Defendant sent her first demand letter to Plaintiff on May 18, 2017. Defendant claimed that Plaintiff had called Defendant's phone number at (304) 242-7346. Defendant further claimed that the number that called Defendant was (262) 244-8838.

7. The day that Plaintiff received Defendant's demand letter (May 22, 2017) Plaintiff responded with a detailed letter explaining that a) Plaintiff does not and never has owned or used the phone number (262) 244-8838; b) that Plaintiff keeps a complete record of each and every phone number plaintiff has ever called; and c) Plaintiff searched its database and can confirm that at no time did it ever place a call to Defendant, or to Defendant's phone number (304) 242-7346. Plaintiff offered to provide sworn testimony to this effect in its response letter.

8. Plaintiff believed that Defendant had accepted this explanation, but then received an additional demand letter, dated June 13, 2017, asking for $7,000 and including a purported "draft" complaint. The demand letter threatened that a suit would be filed if the "settlement offer" were not accepted prior to 5:00 PM Eastern on June 23, 2017.

9. Plaintiff made no calls to Defendant, and no such calls were placed to Defendant on Plaintiff's behalf by any party at any time. Plaintiff is obviously not liable to Defendant for any amount under any theory for phone calls that it never placed and that were never placed on its behalf at any time or for any reason.

## PRAYER FOR RELIEF

WHEREFORE, LiveFree prays for relief against Defendants as follows:

1. For an order directing Defendant to cease and desist from any attempts to collect from LiveFree any amounts related to alleged liability for phone calls made from (262) 244-8838, or to (304) 242-7346;

2. For a declaratory judgment that LiveFree is not liable to Defendant for any sum in connection with any phone calls made from (262) 244-8838, or to (304) 242-7346;

6. For an order requiring that Defendant reimburse LiveFree for all attorneys' fees and costs which LiveFree incurs in connection with this matter, including costs to prepare and

file this complaint, which in the event of default shall be $5,000.

7. For such other and further relief as the court deems just and appropriate under the circumstances.

Dated this 17th day of June, 2017.

                                            LIVEFREE EMERGENCY RESPONSE, INC.

                                            *Joshua K. Chandler*