Scott McKay (ISB#4309)
NEVIN, BENJAMIN, McKAY & BARTLETT LLP
303 West Bannock
P.O. Box 2772
Boise, ID  83701
(208) 343-1000
(208) 345-8274 fax
smckay@nbmlaw.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA  01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

## EASTERN DIVISION

| | |
|---|---|
| LIVEFREE EMERGENCY RESPONSE, INC., a Delaware Corporation,<br><br>     Plaintiff,<br><br>    v.<br><br>DIANA MEY,<br><br>     Defendant. | Civil Action No. 4:17cv00301-BLW<br><br>**DEFENDANT'S MOTION TO DISMISS** |

COMES NOW defendant Diana Mey, who moves this Court to dismiss the plaintiff's Complaint for lack of personal jurisdiction pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.  As more fully set forth in detail in the accompanying Memorandum of Law In Support, and in the Declaration of Diana Mey, this Court does not have personal jurisdiction over Ms. Mey who is a resident of West Virginia with insufficient contacts in Idaho.

WHEREFORE, Ms. Mey respectfully prays that this Honorable Court enter its order dismissing the Complaint herein for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

DATED this 24th day of July, 2017.

    Respectfully submitted,

    NEVIN, BENJAMIN, McKAY & BARTLETT LLP

    /s/ Scott McKay
        Scott McKay

    THE LAW OFFICE OF MATTHEW P. MCCUE

    /s/ Matthew P. McCue
        Matthew P. McCue

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

JOSHUA K. CHANDLER, ISB #7756
3411 Hawthorne Road
Pocatello, Idaho 83201
Telephone (208) 238-368l
Facsimile (208) 643-9952
josh.chandler@lifebeacon.com

                                                                        /s/
                                                                   Scott McKay