IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

EASTERN DIVISION

| | |
|---|---|
| LIVEFREE EMERGENCY RESPONSE, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIANA MEY,<br><br>　　　　Defendant. | Civil Action No. 4:17cv00301-BLW<br><br>**DECLARATION OF DIANA MEY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

　　　　I attest under the pains and penalties of perjury, that the following facts are true and based on my personal knowledge.

　　　　1.　　I am a resident of the State of West Virginia.

　　　　**2.**　　For many years now I have been inundated with illegal telemarketing calls despite the fact that all of my phone numbers are listed on the Do Not Call Registry.

　　　　3.　　Many of these calls are illegal and in violation of the federal telemarketing law, the Telephone Consumer Protection Act ("TCPA").

　　　　**4.**　　In enacting the TCPA with a private right of action and statutory damages, Congress intended to empower consumers like me to act as private attorney generals and to enforce the law.

　　　　**5.**　　In accord with my rights under the law, I frequently seek to hold corporations such as Livefree to account for their illegal telemarketing practices.

　　　　**6.**　　My investigation of the relevant facts has determined that Livefree is a manufacturer of "life alert" pendants that are worn around the neck or wrist and can be

used to summon assistance in an emergency.  *See www.lifebeacon.com*.  In order to sell its goods and services to the public, Livefree contracts with telemarketers, including but not limited to Medwatch USA ("Medwatch"), a New York based entity.  *See www.medwatchusa.com*. Medwatch markets the pendant to the public and then charges a monthly monitoring fee to consumers who agree to purchase the goods or services of Livefree and Medwatch.  I believe that Livefree and Medwatch are members of a joint venture to sell Livefree's goods and services to the public.

**7.** On March 22, 2017, I received a computer-generated autodialed call from a representative calling from Medwatch and promoting goods and services offered by both Medwatch and LiveFree.  When I answered the call there was a noticeable delay, which is a classic sign that the telemarketer is using an auto-dialer computer to make the call without human intervention.

**8.** After a several second pause, the call was answered by a sales representative who informed me that his name was "Chris."  On this call, I was informed that my phone number had been "nominated" by Medwatch to "get a free medical alert system."  This of course was a scam. I was not "nominated" for anything and the "system" was not free as it would not work unless the consumer paid a monthly monitoring fee.

**9.** Specifically, I was offered a medical pendant that is worn around the neck and can summon help in the event of an emergency.  I was also informed that the "free" pendant that I had been "nominated" for could only be used if I paid a "monitoring" fee.  The entity that would purportedly "monitor" the pendant was Medwatch.  I was informed on the call that the pendant being offered was manufactured by Life Beacon, which I later determined from my own investigation was a trade name used by LiveFree.

10. The call at issue was made to my cell phone 304-242-XXXX, which has been on the National Do Not Call List for a number of years. The number displayed on my caller ID was 262-244-8838. In order to identify the parties behind the call in question, I feigned interest in purchasing the product. I have found that the telemarketer will lie about their true identity until they think they are about to make money.

11. Only after I indicated an interest in making a sale did the sales representative who had previously identified himself as "Chris" admit that his name was actually Deacon Frost.

12. I have no relationship whatsoever with Life Beacon, Livefree or MedWatch and did not consent to receive the call at issue.

13. On May 18, 2017, I wrote to the principal of Livefree, Joshua Chandler, and informed him of the call at issue and that the call was violative of the Telephone Consumer Protection Act, 47 U.S.C. 227 ("TCPA"). Mr. Chandler responded denying any liability because Livefree did not physically dial the call. On June 13, 2017, I responded informing Mr. Chandler that Livefree could be vicariously liable for the illegal call at issue, even if that call was physically dialed by Medwatch.

14. In response, Livefree filed a pre-emptory declaratory judgment lawsuit against me seeking a declaration from an Idaho state court that Livefree could not be liable for the call because it did not physically dial the call at issue.

15. I believe this preemptory filing was intended to intimidate me and to force me to incur attorneys' fees and expenses defending a case all the way across the country in Idaho.

16. I have no family or relatives in Idaho. I do not own property in Idaho. I have no business interests in Idaho. The only time I have ever been to Idaho is when I

accompanied my husband on a business trip and we stopped at one of his employer's businesses facilities in Pocatello.

17. I have instructed my counsel to file a lawsuit against both Medwatch and Livefree in West Virginia federal court. If Mr. Chandler and Livefree truly believe they have no liability from illegal telemarketing from which they profit, they may pursue such defenses in West Virginia.

**SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24TH DAY OF JULY, 2017.**

                                    */S/ DIANA MEY*
                                    Diana Mey