**LIVEFREE EMERGENCY RESPONSE, INC.**
JOSHUA K. CHANDLER, ISB #7756
3411 Hawthorne Road
Pocatello, Idaho 83201
Telephone (208) 238-3681
josh.chandler@lifebeacon.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LIVEFREE EMERGENCY RESPONSE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIANA MEY, an individual<br><br>Defendant. | Case No. 4:17-cv-301-DCN<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, LiveFree Emergency Response, Inc. ("LiveFree"), by and through counsel, and submits this Stipulated Motion to Dismiss the above-captioned litigation with prejudice, pursuant to F.R.C.P. 41. A settlement agreement has been reached and signed by the parties to this case, and the parties hereby stipulate and agree that this litigation has been fully and finally resolved as between them, with each party to bear its own costs and attorney's fees.

Dated this 18th day of November, 2017.

/s/ Joshua K. Chandler
Joshua K. Chandler
Attorney for Plaintiff
LiveFree Emergency Response, Inc.

/s/ Matthew P. McCue
Law Offices of Matthew P. McCue
Attorney for Defendant Diana Mey

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 18th day of November, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew P. McCue
mmccue@massattorneys.net

Scott McKay
smckay@nbmlaw.com


                                            LiveFree Emergency Response, Inc.

                                            /s/ Joshua K. Chandler_____
                                            Joshua K. Chandler