UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LIVEFREE EMERGENCY RESPONSE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIANA MEY, an individual,<br><br>Defendant. | Case No. 4:17-cv-301-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation of Dismissal (Dkt. 23), IT IS HEREBY ORDERED that:

1. This action is **DISMISSED WITH PREJUDICE**.

2. Each party will bear their own costs and attorney's fees.

3. The hearing set for November 21, 2017, is hereby vacated.

4. All pending Motions (Dkts. 6, 9, 12, 16) are deemed moot.

DATED: November 20, 2017

_____
David C. Nye
U.S. District Court Judge

ORDER OF DISMISSAL - 1